# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GONZALEZ LOREDO, | Case No. CV 14-04314 JVS (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| AMY MILLER, warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.


DATED:  August 05, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE